| | |
|---|---|
| 1 | NICOLA T. HANNA |
| | United States Attorney |
| 2 | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| | Chief, Civil Division |
| 4 | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
| | Senior Litigation Counsel, Civil Division |
| 6 | JENNIFER LEE TARN, CSBN 240609 |
| 7 | Special Assistant United States Attorney |
| | Social Security Administration |
| 8 |    160 Spear Street, Suite 800 |
| 9 |    San Francisco, CA 94105 |
| 10 |    Telephone: (415) 977-8825 |
| |    Facsimile: (415) 744-0134 |
| 11 |    Email: Jennifer.Tarn@ssa.gov |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARLEEN HARTSON, | ) No. 2:17-cv-04499-JPR |
| | ) |
|    Plaintiff, | ) **JUDGMENT** |
| | ) |
|    v. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

-1-

1  The Court having approved the parties' stipulation to remand this case
2  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3  with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4  entered for Plaintiff.

DATED: June 18, 2018

**JEAN ROSENBLUTH**
HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE